IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JUAN F. PEREZ-GONZALEZ,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25- 416 (ABC)<br><br>Violations:<br>18 U.S.C. § 111(a)<br>18 U.S.C. § 111(a) and (b)<br>8 U.S.C. § 1325<br><br>THREE COUNTS |

*[Stamp:] RECEIVED & FILED CLERK'S OFFICE — OCT 8 2025 — US DISTRICT COURT SAN JUAN, PR*

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Assaulting, Resisting, Impeding, and Interfering with Certain Officers
(18 U.S.C. § 111)

On or about October 3, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JUAN F. PEREZ-GONZALEZ,

did forcibly assault, resist, and impede a person designated in 18 U.S.C. § 1114, to wit: A.S.O., an HSI Special Agent, who was engaged in official duties, and caused physical contact. All in violation of 18 U.S.C. §§ 111(a)(1).

## COUNT TWO
### Resisting, Impeding, and Interfering with Certain Officers
(18 U.S.C. § 111)

On or about October 3, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JUAN F. PEREZ-GONZALEZ,

did forcibly resist and impede a person designated in 18 U.S.C. § 1114, to wit: K.P.C.,

an HSI Special Agent, who was engaged in official duties, and inflicted bodily injury.

All in violation of 18 U.S.C. §§ 111(a)(1) and (b).

**COUNT THREE**
**Illegal Entry**
(8 U.S.C. § 1325)

On or about February 2021, in the District of Puerto Rico and within the

jurisdiction of this Court, the defendant,

JUAN F. PEREZ-GONZALEZ,

who is an alien, as the term in defined in 8 U.S.C. § 1101(a)(3), knowingly and illegally

entered the United States, at any time or place other than as designated by immigration

officers, in violation of 8 U.S.C. § 1325(a).

TRUE BILL,

FOREPERSON
Date: 8 OCT. 2025

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Violent Crimes Division