

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE GISELLE LÓPEZ-SOLER**

COURT REPORTER: Zoom.Gov      DATE:    October 8, 2025
COURTROOM: OSJ Courtroom 6 (Hybrid Proceeding)      AUSA:    Corinne Cordero-Romo

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>vs.<br><br>JUAN F. PEREZ-GONZALEZ<br><br>*Defendant(s)* | Return of Indictment by the Grand Jury<br>Criminal No. **25-cr-00416 (ADC)** |

Indictment was filed in open court.

**Arraignment to be set upon defendant's arrest**.

Case is assigned to Judge Aida M. Delgado-Colón.

**NEW CASE**:

☐   This Indictment supersedes Criminal Case No. _____.

☐   Defendant(s) **appeared** in _____.  Magistrate case merged and closed.

☐   Defendant(s) charged in magistrate case _____, but **not arrested**.  Magistrate case merged and closed.

☒   Defendant(s) **not charged** in magistrate case.

☐   The Court granted the government's motion to seal.

☐   Defendant(s) is/are to remain on same bond.

☐   Defendant(s) is/are under custody.  Marshal to produce defendant(s).

☒   Arrest warrant(s) to be issued.

☐   Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk